IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| SANTO FANDO WADLINGTON | : | NO. 12-457-2 |

ORDER

AND NOW, this  24th  day of January, 2022, for the
reasons set forth in the foregoing Memorandum, it is hereby
ORDERED that the motion of defendant Santo Fando Wadlington for
early termination of his supervised release (Doc. #111) is
DENIED.

BY THE COURT:

/s/ Harvey Bartle III

_____
                                J.